# EXHIBIT "B"

