# EXHIBIT "C"

**2012 Catalog**

Customer No. _____



# ROSE Health Care, L.L.C.

*A Special Thank You For Our Customers*

*You, the customer, are most important to us. You are not dependent on us . . . we are dependent on you. You are doing us a favor by giving us the opportunity to be part of your business.*

### *Quality Products • Fair Prices • Outstanding Customer Service*

## *Be Active    Be Comfortable*




**224 Rose Drive • Brunswick, Georgia 31520**
**Call Toll-Free (800) 457-7648 or Fax Toll Free (800) 536-2017**
**or Call (912) 466-0022 or Fax (912) 466-9884**
**rosecare@bellsouth.net • www.rose-healthcare.com**

# Derby Designer Wood Canes



**MAHOGANY** w/Silver Etchold #1106-1
**MAHOGANY** w/Flower Insert #1106-2
**BLACK** w/Silver Etchold #1106-3
**BLACK** w/Flower Insert #1106-4
**NATURAL** w/Tiger Insert #1106-6
**CHESTNUT** w/Paisley Insert #1106-5

- 36" length
- 7/8" in diameter
- Extra sturdy
- Six stylish choices
- Firm gripping, rubber tip

**#1106DP - Deal Pack One Each Style** (Canes may also be ordered individually)

**HCPCS E0100**

# Ergonomic-Pivot Walk Easy Cane  NEW!



- Unique design can be used on any surface and stair climbing
- Ergonomic hand grip
- Large foot pad spreads weight
- Cane pivots for greater stability
- Durable Steel construction
- Adjusts from 33" to 37"
- Weight capacity 300 lbs.

**#1107  Ergonomic-Pivot Walk Easy Cane**

# Sit & Rise Cane

- Adjustable aluminum cane (31-1/2" - 40-1/2")
- Weight capacity - 250 lbs.
- Features two easy-grip foam handles - makes it easy to sit and rise.
- Black or Bronze



**#1196 Sit & Rise Cane**  NEW!

**HCPCS E0100**

#1114
#1113
#1112
#1111

# Safety Cane Tip  NEW!



- Easy to use-self standing
- Fits any standard cane
- Adds stability and confidence to every step
- 3 1/4" rubber base
- 4 times the surface of a standard cane tip
- Adds more traction with less impact
- Weighs only 5.5 ounces

**#1119 Safety Cane Tip**

# Wood Laminated Canes

- 37˝ long, 7/8˝ width

**#1111 Walnut**
**#1112 Rosewood**
**#1113 Natural**
**#1114 Ebony**

# Rose Handy Seat & Walking Stick



- Lightweight durable anodized aluminum
- 34˝ tall,  21˝ seat height
- Folds flat and holds up to 250 lbs.
- Weighs 28 ounces

**#1085 Rose Handy Seat**
**#1085C Fleece Seat Cover**

**#1085**

# Adjustable Cane Seat




**250 LB** WEIGHT LIMIT

- Light weight, durable aluminum
- Folds into a walking stick
- Overall weight: 2 lbs
- Walking height: 34"-38"; Sitting height: 18"-21"
- Seat dimensions: 8" x 10"

**#1085B Adjustable Cane Seat**



*Toll free 800-457-7648 fax toll free 800-536-2017*